UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA DREVALEVA,

    Plaintiff,

v.

ROBERT WILKIE, United States Secretary of Veterans Affairs,

    Defendant.

No. C 19-02665 WHA

**ORDER DENYING MOTION TO RECONSIDER**

*Pro se* plaintiff Tatyana Drevaleva moves the Court to reconsider a February 18 order revoking her *in forma pauperis* status on appeal. The Court understands the severity of Ms. Drevaleva's financial situation (Dkt. Nos. 73, 75). But her IFP status was revoked on appeal because she inappropriately continues to file new cases, not because of changed financial situation. Ms. Drevaleva is entitled to her day in court and to a fair hearing of her claims against the Secretary of Veterans Affairs. She is not entitled to file case after case — each arising from the same events — and to impact the Court's ability to hear *other* plaintiffs' claims.

The February 18 order did not revoke IFP status in Ms. Drevaleva's other active cases. She remains free to litigate those claims.

**IT IS SO ORDERED.**

Dated: March 2, 2020.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE