UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>    Defendants. | Case No. 19-cv-02665-HSG<br><br>**ORDER REGARDING CASE STATUS** |

Prior to reassignment to the undersigned, Judge Alsup granted Defendants' motion to dismiss with prejudice. Dkt. No. 38. On November 7, 2019, Judge Alsup entered final judgment in favor of the Defendant, directed the clerk to close the file, and the case was terminated. Dkt. No. 39. On November 16, 2020, the Ninth Circuit dismissed Plaintiff's appeal as frivolous. Dkt. No. 80. On March 3, 2021, the Ninth Circuit denied Plaintiff's motions for clarification and reconsideration. Dkt. No. 82. The Ninth Circuit's mandate issued on March 11, 2021. Dkt. No. 83. Accordingly, the Court reemphasizes that this case is closed. No further filings shall be accepted in this closed case. All pending motions are **DENIED**.

**IT IS SO ORDERED.**

Dated: 3/29/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge